Opinion delivered May 9, 1888.

---

## No. 5912.

### EDWIN GOVITT *v.* THE STATE.

PLEADING—INFORMATION.—To charge the offense of pulling down and injuring a fence which belongs to two or more owners, an information must negative the consent of *each* owner. The information in this case fails to negative any consent, and is fatally defective.

APPEAL from the County Court of Guadalupe. Tried below before the Hon. J. T. McKee, County Judge.

This conviction was had under an information which charged that the appellant "did unlawfully break, pull down and injure the fence of J. D. Dibrell and Emil Masheim, against the peace and dignity of the State." The penalty assessed was a fine of ten dollars.

*W. E. Goodrich* and *James Greenwood*, for the appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

WILLSON, JUDGE. Both the complaint and the information are fatally defective in that they fail to allege the want of consent of *each* of the owners of the fence to the pulling down and injuring thereof by the defendant. (Taylor v. The State, 23 Texas Ct. App., 639; Brumley v. The State, 12 Texas Ct. App., 609.)

The judgment is reversed and the prosecution is dismissed.

*Reversed and dismissed.*